HUNT ORTMANN PALFFY NIEVES DARLING & MAH, INC.
301 NORTH LAKE AVENUE, 7TH FLOOR
PASADENA, CALIFORNIA 91101-1807
Tel (626) 440-5200 • Fax (626) 796-0107

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN BEACHLER, an individual; OSA TYEHIMBA, an individual; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CRUNCH, LLC, a Delaware limited liability company; NEW EVOLUTION VENTURES, LLC, a Delaware limited liability company; and NEW EVOLUTION FITNESS COMPANY, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV 13-00225 SI<br><br>**[CLASS ACTION]**<br><br>The Hon. Susan Illston<br>Courtroom 10<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF OSA TYEHIMBA'S REQUEST TO CHANGE CAPTION AND CASE NAME**<br><br>Complaint Filed:   January 16, 2013 |

1  The Court has read and considered Plaintiff Osa Tyehimba's Request To Change Caption
2  And Case Name ("Request").  For the reasons stated in the Request:
3  IT IS HEREBY ORDERED that the caption in the above-referenced matter is modified to
4  read:
5  "OSABEMI-YE ADEDAPOIDLE-TYEHIMBA, an individual; on behalf of himself and
6  all others similarly situated,
7      Plaintiff,
8      vs.
9  CRUNCH, LLC, a Delaware limited liability company; NEW EVOLUTION VENTURES,
10  LLC, a Delaware limited liability company; and NEW EVOLUTION FITNESS
11  COMPANY, LLC, a Delaware limited liability company; and DOES 1 through 100,
12  inclusive,
13      Defendants."
14  IT IS FURTHER ORDERED that case name reflected in the CM/ECF system will be
15  changed from "Beachler et al. v. Crunch LLC et al." to "Tyehimba et al. v. Crunch LLC et al."
17  IT IS SO ORDERED.
18  DATED: __2.5.13_____

_____
The Honorable Susan Illston
United States District Court Judge

HUNT ORTMANN PALFFY
NIEVES DARLING & MAH, INC.
301 NORTH LAKE AVENUE, 7TH FLOOR
PASADENA, CALIFORNIA 91101-1807
Tel (626) 440-5200 • Fax (626) 796-0107