Mark D. Kemple (State Bar No. 145219)
Ashley Farrell (State Bar No. 271825)
GREENBERG TAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: (310) 586-7700
Fax: (310) 586-7800
Email: kemplem@gtlaw.com
Email  farrella@gtlaw.com

Attorneys for Defendants Crunch LLC,
New Evolution Ventures, LLC and
New Evolution Fitness, LLC

Omel A. Nieve, SBN 134444
nieves@huntortmann.com
Katherine J. Odenbreit, SBN 184619
odenbreit@huntortmann.com
Alison C. Gibbs, SBN 257526
gibbs@huntortmann.com
HUNT ORTMANN PALFFY
NIEVES DARLING & MAH INC.
301 North Lake Avenue, 7th Floor
Pasadena, CA 91101-1807
Phone: (626) 440-5200   Fax: (626) 796-0107

Attorneys for Plaintiff Osabemi-Ye Adedapoidle-Tyehimba

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| OSABEMI-YE ADEDAPOIDLE-TYEHIMBA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CRUNCH LLC, a Delaware limited liability company; NEW EVOLUTION VENTURES, LLC, a Delaware limited liability company; and NEW EVOLUTION FITNESS COMPANY, LCC, a Delaware limited liability company; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. CV 13-00225 SI<br><br>The Honorable Susan Illston<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING OF DEFENDANTS' MOTION TO STAY AND MOTION TO DISMISS/STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:        April 26, 2013<br>Time:       9:00 a.m.<br>Place:      Courtroom 10<br><br>**Proposed Date:  May 10, 2013** |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING OF
MOTION TO STAY AND MOTION TO DISMISS/STRIKE FIRST AMENDED COMPLAINT

NY 242956271v1

1  WHEREAS, the Case Management Conference and hearing of Defendant Crunch LLCs' Motion
2  to Stay and Defendants' Motion to Dismiss/Strike Plaintiff's First Amended Complaint was continued
3  on the Court's own motion from April 19, 2013 to April 26, 2013; and
4  WHEREAS, the parties have a conflict on April 26, 2012 and other available Court dates prior to
5  May 10, 2013 and cannot attend the Case Management Conference and hearing in person or
6  telephonically, and the Court has confirmed that it is available on May 10, 2013 at 9:00 a.m.;
7  IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their
8  respective counsel, that, with approval of the Court, the hearing date for the Case Management
9  Conference and hearing of Defendant Crunch LLCs' Motion to Stay and Defendants' Motion to
10 Dismiss/Strike Plaintiff's First Amended Complaint is continued from April 26, 2013 to May 10, 2013
11 at 9:00 a.m.

DATED: April 15, 2013    HUNT ORTMANN PALFFY NIEVES DARLING & MAH INC.

By _____
Katherine J. Odenbreit
Alison C. Gibbs
Attorneys for Plaintiff Osabemi-Ye Adedapoidle-Tyehimba

DATED: April 15, 2013    GREENBERG TRAURIG, LLP

By _____
Mark D. Kemple
Ashley M. Farrell
Attorneys for Defendants Crunch LLC, New Evolution Ventures, LLC and New Evolution Fitness, LLC

///
///
///
///

1
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING OF
MOTION TO STAY AND MOTION TO DISMISS/STRIKE FIRST AMENDED COMPLAINT

NY 242956271v1

## ORDER

Pursuant to the above Stipulation by the parties, the Case Management Conference and hearing on Defendant Crunch LLCs' Motion to Stay and Defendants' Motion to Dismiss/Strike Plaintiff's First Amended Complaint is continued from April 26, 2013 to May 10, 2013 at 9:00 a.m. in Courtroom 10. The initial case management conference will be set 5/10/13 at 2:30 p.m.

Dated, ___4/16_____, 2013      _____/s/ Susan Illston_____
THE HONORABLE SUSAN ILLSTON

2
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING OF MOTION TO STAY AND MOTION TO DISMISS/STRIKE FIRST AMENDED COMPLAINT

NY 242956271v1