UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSABEMI-YE ADEDAPOIDLE-TYEHIMBA,<br><br>              Plaintiff,<br><br>      v.<br><br>CRUNCH, LLC, et al.,<br><br>              Defendants. | Case No.  13-cv-00225-WHO<br><br>**ORDER VACATING HEARINGS** |

The parties to the action, by and through their counsel, have advised the Court that the plaintiffs intend to dismiss this action with prejudice as soon as counsel secures any necessary consents, which counsel estimated would occur no earlier than February 6, 2014.

IT IS ORDERED that any hearings scheduled in this matter are VACATED.  It is further ordered that if final dismissal has not occurred on or before February 13, 2014, plaintiff's counsel shall file a Case Management Statement on that date explaining the delay in filing the dismissal and appear personally on February 18, 2014 at 2:00 p.m. to discuss the status of this matter.

**IT IS SO ORDERED**.

Dated: January 3, 2014

_____
WILLIAM H. ORRICK
United States District Judge