UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSABEMI-YE ADEDAPOIDLE-TYEHIMBA,<br>    Plaintiff,<br>    v.<br>CRUNCH, LLC, et al.,<br>    Defendants. | Case No.  13-cv-00225-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 68 |

Pursuant to the Notice of Voluntary Dismissal (Dkt. No. 68) filed by plaintiffs, **IT IS HEREBY ORDERED** that this case is dismissed.  The claims of plaintiffs Osabemi-Ye Adedapoidle-Tyehimba, Shaina Smith, Colin Kim, Jennifer MacNeil, and Jerod Hoffman are DISMISSED WITH PREJUDICE.  Plaintiff Mark Mark Anthony Turner's claims are DISMISSED WITHOUT PREJUDICE.  If any party certifies to this Court, with proper notice to opposing counsel within thirty (30) days from the date below, that settlement has not in fact occurred because settlement payments under the *Rothberg* settlement have not been made, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.

    **IT IS SO ORDERED**.

Dated: April 10, 2014

WILLIAM H. ORRICK
United States District Judge